B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 15–27943**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michelle Heather Daniels
   130 S. Pick Avenue
   Elmhurst, IL 60126

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4871

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                            FOR THE COURT

Dated: <u>November 17, 2015</u>                     <u>Jeffrey P. Allsteadt, Clerk</u>
                                                               United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 15-27943-DRC
Michelle Heather Daniels                                            Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal              Page 1 of 2         Date Rcvd: Nov 17, 2015
                              Form ID: b18                Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2015.
db             +Michelle Heather Daniels,    130 S. Pick Avenue,    Elmhurst, IL 60126-3016
23606781       +ACS,    PO Box 7051,   Utica, NY 13504-7051
23606784       +Adventist Hinsdale Hospital,    PO Box 7000,    Bolingbrook, IL 60440-7000
23606783       +Adventist Hinsdale Hospital,    120 North Oak Street,    Hinsdale, IL 60521-3890
23606782       +Adventist Hinsdale Hospital,    135 North Oak Street,    Hinsdale, IL 60521-3860
23606787       +Blatt, Hasenmiller, Leibsker and Moore,,    10 South LaSalle Street,    Suite 2200,
                 Chicago, IL 60603-1069
23606789       +Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
23606795       +Center for Contextual Change,    9239 Gross Point Road,    300,   Skokie, IL 60077-1365
23606797        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
23606802       +Department of Education,    FedLoan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
23606800       +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
23606809        Elmhurst Memorial Hospital,    PO Box 4052,    Carol Stream, IL 60197-4052
23606811       +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,    Naperville, IL 60563-4947
23606812       +Kevin Teichen,    130 S Pick Avenue,   Elmhurst, IL 60126-3016
23606814       +Lawn & Snow Enforcement, Inc.,    130 S Pick Avenue,    Elmhurst, IL 60126-3016
23606816       +Linden Oaks Hospital,    PO BOx 140250,   Toledo, OH 43614-0250
23606817       +National Seed Company,    4720 Yender Avenue,    Lisle, IL 60532-1653
23606821       +RPW Obstetrics and Gynecology,    360 W Butterfield Road,    250,   Elmhurst, IL 60126-5098
23606823       +Stoneberry Catalog,    PO Box 2820,   Monroe, WI 53566-8020
23907816       +Toyota Motor Credit Corporation,    14841 Dallas Parkway Suite 300,    Dallas Texas 75254-7883
23606829       +US Bank Assorted,    29125 Solon Road,   Solon, OH 44139-3442
23606830       +US Bank RMS,    3465 Camino Del Rio,   San Diego, CA 92108-3905
23606833       +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                 Washington, DC 20202-0031
23606832       +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
23606834       +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                 Washington, DC 20208-0003
23606835       +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QGBKROL.COM Nov 18 2015 01:13:00      Gina B Krol,    Cohen & Krol,
                 105 West Madison St Ste 1100,   Chicago, IL 60602-4600
23606785       +E-mail/Text: ACF-EBN@acf-inc.com Nov 18 2015 01:34:01      Atlantic Credit & Finance Inc.,
                 2727 Franklin Road SW,   Roanoke, VA 24014-1011
23606786       +E-mail/Text: ACF-EBN@acf-inc.com Nov 18 2015 01:34:01      Atlantic Credit and Finance,
                 Po Box 13386,   Roanoke, VA 24033-3386
23606788       +E-mail/Text: mmeyers@blittandgaines.com Nov 18 2015 01:37:11       Blitt & Gaines, P.C.,
                 661 W. Glenn Avenue,   Wheeling, IL 60090-6017
23606793        E-mail/Text: bankruptcy@cashcall.com Nov 18 2015 01:37:33       Cashcall Inc,
                 Attn:Bankruptcy Department,   1600 S Douglass Road,    Anaheim, CA 92806
23606796        EDI: CITICORP.COM Nov 18 2015 01:13:00      Citibank,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20507,   Kansas City, MO 64195
23606790       +EDI: CAPITALONE.COM Nov 18 2015 01:13:00      Capital One Bank,    Attn: General Correspondence,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
23606791       +EDI: AIS.COM Nov 18 2015 01:14:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
23606792       +EDI: CAPITALONE.COM Nov 18 2015 01:13:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
23606794       +E-mail/Text: bncmail@w-legal.com Nov 18 2015 01:35:44       CashCall, Inc.,
                 c/o Weinstein & Riley, PS,   2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
23606798        EDI: CRFRSTNA.COM Nov 18 2015 01:13:00      Credit First,    Bk13 Credit Operations,
                 Po Box 818011,   Cleveland, OH 44181-8011
23606799        EDI: CRFRSTNA.COM Nov 18 2015 01:13:00      Credit First NA,    BK 13 Credit Operations,
                 P.O. Box 818011,   Cleveland, OH 44181-8011
23606803        EDI: DISCOVER.COM Nov 18 2015 01:13:00      Discover Financial Services,    2500 Lake Cook Road,
                 Deerfield, IL 60015
23606804        EDI: DISCOVER.COM Nov 18 2015 01:13:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
23606801       +E-mail/Text: electronicbkydocs@nelnet.net Nov 18 2015 01:35:38       Department of Education,
                 121 S. 13th Street,   Lincoln, NE 68508-1904
23606807        EDI: USBANKARS.COM Nov 18 2015 01:13:00      Elan Financial Service,
                 225 W Station Square Drive,   Suite 620,    Pittsburgh, PA 15219-1174
23606810       +EDI: AMINFOFP.COM Nov 18 2015 01:13:00      First Premier Bank,    3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
23606813       +EDI: CBSKOHLS.COM Nov 18 2015 01:13:00      Kohls,    N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
23606815       +E-mail/Text: bankruptcy@edward.org Nov 18 2015 01:36:19       Linden Oaks Hospital,    PO Box 4070,
                 Carol Stream, IL 60197-4070
23606818       +EDI: WFFC.COM Nov 18 2015 01:13:00      Preferred Customer Accounts,    Po Box 94498,
                 Las Vegas, NV 89193-4498
23606819       +E-mail/Text: SBONNEMA@ROGENT.COM Nov 18 2015 01:37:21       Rogers & Holland,    Po Box 879,
                 Matteson, IL 60443-0879
```

```
District/off: 0752-1            User: corrinal                Page 2 of 2                  Date Rcvd: Nov 17, 2015
                                Form ID: b18                  Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23606820       +E-mail/Text: SBONNEMA@ROGENT.COM Nov 18 2015 01:37:21      Rogers & Hollands Jewelers,
                 20821 S Cicero Avenue,    Matteson, IL 60443-1201
23606822       +E-mail/Text: bankruptcy@bbandt.com Nov 18 2015 01:35:01      Sheffield Financial,
                 Bb&T/Attn: Bankruptcy Department,    Po Box 1847,   Wilson, NC 27894-1847
23606826        EDI: TFSR.COM Nov 18 2015 01:13:00      Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197
23606824       +E-mail/Text: pauline.burt@timepaymentcorp.com Nov 18 2015 01:35:45      Timepayment Corp LLC,
                 16 New England Executive Office Park S,    Burlington, MA 01803-5217
23606827       +EDI: TFSR.COM Nov 18 2015 01:13:00      Toyota Motor Credit,    1111 W 22nd Street Suite 420,
                 Oak Brook, IL 60523-1959
23606805        EDI: USBANKARS.COM Nov 18 2015 01:13:00      Elan Financial Service,    CB Disputes,
                 Po Box 790084,   Saint Louis, MO 63166
23606806        EDI: USBANKARS.COM Nov 18 2015 01:13:00      Elan Financial Service,    Po Box 790084,
                 Saint Louis, MO 63179
23606808        EDI: USBANKARS.COM Nov 18 2015 01:13:00      Elan Financial Services,    PO Box 108,
                 Saint Louis, MO 63166
23606831        EDI: USBANKARS.COM Nov 18 2015 01:13:00      US Bank, N.A.,   Bankruptcy/Recovery Department,
                 P.O. Box 5229,   Cincinnati, OH 45201
23606828        EDI: USBANKARS.COM Nov 18 2015 01:13:00      Us Bank,   Po Box 5227,   Cincinnati, OH 45201
23606836       +EDI: BLUESTEM.COM Nov 18 2015 01:13:00      Web Bank,   6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
23606837       +E-mail/Text: BKRMailOps@weltman.com Nov 18 2015 01:35:40      Weltman, Weinberg & Reis Co., LPA,
                 180 North LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23606825*      +Timepayment Corp Llc,    16 New England Executive Office Park S.,   Burlington, MA 01803-5217
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor Michelle Heather Daniels Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Debtor Michelle Heather Daniels pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
                                                                                              TOTAL: 4
```